■ WATERSIDE ESTATES AT CRESTHAVEN HOMEOWNERS ASSOCIATION, INC., Respondent, v JOHN J. CIAFONE, Appellant, et al., Defendant. [17 NYS3d 654]—In an action, inter alia, for ejectment from real property, the defendant John J. Ciafone appeals from a judgment of the Supreme Court, Queens County (Schulman, J.), dated July 12, 2013, which, upon an order of the same court entered January 6, 2012, confirming in part and rejecting in part the report of a referee dated September 8, 2010, inter alia, is in favor of the plaintiff and against the defendants in the principal sum of $5,000.

Ordered that the appeal is dismissed, with costs.

The issues raised on this appeal are identical to those raised in a prior appeal, which was dismissed for failure to assemble a proper record (*see Waterside Estates at Cresthaven Homeowners Assn., Inc. v Ciafone*, 108 AD3d 620 [2013]). Apart from the fact that the issues raised on this appeal could have been reviewed on the prior appeal (*see* CPLR 5501 [a] [1]), the record on this appeal is still defective insofar as most of the hearing exhibits, the pleadings, as well as full sets of relevant motion papers regarding the confirmation of the referee's report, have not been included.

Since the issues raised on this appeal are identical to those raised in a prior appeal, and the record is still defective, we dismiss the appeal (*see* CPLR 5501 [a] [1]; 5526; *Town of Wawayanda v O'Neil*, 118 AD3d 868 [2014]; *Matter of Jeanette T. [Vivian T.—Linda B.]*, 110 AD3d 728 [2013]; *Aurora Indus., Inc. v Halwani*, 102 AD3d 900, 901 [2013]; *Emco Tech Constr. Corp. v Pilavas*, 68 AD3d 918, 918-919 [2009]). Dillon, J.P., Chambers, Hall and Hinds-Radix, JJ., concur.